**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                        **CASE: 21-21198-BKC-SMG**
                                              **Chapter 13**

**MARIA GABRIELA CELESTINO**

    **Debtor**

_____/

EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL

Maria Gabriela Celestino, Debtor, and Attorney Joshua S. Miller, Esq. move this Honorable court for an order of substitution of counsel, and in support thereof they state the following.

1. The debtor has retained Elias Leonard Dsouza & Kenneth E. Walton, II, Esqs. to file a Chapter 13 Petition of Bankruptcy.

2. Elias Leonard Dsouza & Kenneth E. Walton, II, Esqs. are currently the attorney of record in the above-captioned case.

3. Debtor's counsels, Elias Leonard Dsouza & Kenneth E. Walton, II, Esqs., and the Debtor have agreed to the substitution of Joshua S. Miller, Esq. as the attorney of record.

Elias DSouza, Esq. (May 18, 2026 16:20:53 EDT)
_____

Elias Leonard Dsouza, Esq.                Joshua S. Miller, Esq. – FBN 64191
P. O. Box 2682                            MILLER & FUNCIA, P.A.
Clewiston, FL 33440-6682                  13190 SW 134 Street Ste 105
Telephone 239-313-2355                    Miami, FL 33186
FL Bar # 399477                           Telephone: 305-274-2922
Email: Elias@dsouzalegal.com              Email: millerandfunciapa@gmail.com

Kenneth E. Walton, II, Esq. (May 20, 2026 08:11:55 CDT)
_____

Kenneth E. Walton, II, Esq.
950 S. Pine Island Road Ste A-150
Plantation, FL 33324
Telephone: 954-358-5911
FL Bar # 183997
Email: Kenneth@dsouzalegal.com

Maria Gabriela Celestino (May 21, 2026 12:12:48 EDT)
_____
Debtor – Maria Gabriela Celestino